CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

NOV - 3 2020

JULIA C. DUDLEY, CLERK
BY: /s/ E. Surba
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:20CR39 |
| VIANI AYALA | : | Violation: 18 U.S.C. 401 |
| | : | (Misdemeanor) |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. On or about September 20, 2020, in the Western District of Virginia and elsewhere, VIANA AYALA did willfully and knowingly disobey and resist a lawful order of a Court of the United States, that is, an order issued by the Honorable Pamela Meade Sargent, United States Magistrate Judge, on June 30, 2020, in the Western District of Virginia in the case of *United States v. James Brown*, Case. No. 1:20CR00026.

2. On or about September 20, 2020, VIANA AYALA, after agreeing to be a third-party custodian of James Brown, failed to notify the court of James Brown's failure to abide by the terms and conditions of his pre-trial release as ordered by the court on June 30, 2020.

2. All in violation of Title 18, United States Code, Section 401(3).

Date: 11/3/2020

/s/ Daniel P. Bubar
DANIEL P. BUBAR
Acting United States Attorney

*USAO #*