# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES –GUILTY PLEA HEARING
## FOR MISDEMEANOR INFORMATION AND SENTENCING HEARING

Case No.: 1:20cr39            Date: 11/3/20

**Defendant:** Viani Ayala; present            **Counsel:** Dennis Lee; appt

PRESENT:
- JUDGE: Pamela Meade Sargent   TIME IN COURT: 1:28-2:11=43 minutes
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Zachary Lee
- USPO: Jeremy Keller
- Case Agent: N/A
- Court Security Officer: John Riley
- Interpreter: N/A

**PROCEEDINGS:**

☒ Misdemeanor Information filed – Govt moves to amend the information to correct the spelling of defendant's first name to reflect Viani instead of Viana; motion granted.
☒ Plea Agreement filed with court.
☒ Defendant placed under oath. Defendant consents to proceed before Magistrate Judge. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Count One.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Ct 1 | | | |

☒ Presentence Report not requested and upon agreement of the parties, defendant will be sentenced today.

## SENTENCING HEARING

SENTENCE IMPOSED AS FOLLOWS:

SA: $25.00.
FINE: $1000.00

PAYMENT SCHEDULE:

☒ Defendant shall pay $50.00 per month, with the first payment being due in 60 days. Until the balance is paid in full, the defendant shall keep the court aware of her current residence and if she changes residences she shall notify the court.

Court enters oral order dismissing the contempt of court charge against the defendant in case number 1:20CR26.